Case 10-60686    Filed 08/21/12    Doc 29

FILED
August 21, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0004399315

MARK L. POPE #182769
Assistant United States Trustee
GREGORY S. POWELL #182199
ROBIN TUBESING #26680-49 [Indiana]
United States Department of Justice
Office of the United States Trustee
2500 Tulare Street, Suite 1401
Fresno, California 93721
Telephone: (559) 487-5002
Telecopier: (559) 487-5030

Attorneys for August B. Landis,
Acting United States Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

In re:

THOMAS FRANCIS AVENALL,

                Debtor.

Case No. 10-60686-B-7
Chapter 7

DC No. UST-1

## UNITED STATES TRUSTEE'S *EX PARTE* MOTION TO REOPEN CASE

TO THE HONORABLE W. RICHARD LEE,
UNITED STATES BANKRUPTCY JUDGE:

    August B. Landis, Acting United States Trustee for Region 17, files his ex parte motion to reopen this case pursuant to 11 U.S.C. § 350(b) and Fed.R.Bankr.P. 5010, as follows

    1.    The Debtor received his discharge in this case on January 18, 2011. An Order Approving Trustee's Report of No Distribution, Discharging Trustee and Closing Estate was entered on January 21, 2011.

    2.    The UST is informed and believes that the Debtor failed to disclose

in his bankruptcy schedules his interest in a lawsuit action against the State of California. The UST believes that these funds may be property of the estate.

      3.      UST requests the case be reopened pursuant to 11 U.S.C. § 350(b) and Fed.R.Bankr.P. 5010, to allow the funds to be administered by the trustee for the benefit of the creditors.

      4.      In the event the case is reopened, the UST requests that the court order the appointment of a trustee. A trustee is necessary at this time to protect the interests of creditors and the Debtor to insure efficient administration of the estate.

WHEREFORE, PREMISES CONSIDERED, the United States Trustee requests that his motion to reopen this case be granted, and that he have such other and further relief as is just.

Dated: August 17, 2012.

                                                      Respectfully Submitted,

                                                      Mark L. Pope  
                                                      Assistant United States Trustee

                                                      By:  /S/   Gregory S. Powell  
                                                               Gregory S. Powell, Trial Attorney

                                                      Attorneys for August B. Landis,  
                                                            Acting United States Trustee

                                                     E-flier: Gregory S. Powell  
                                                     Direct phone: 559-487-5002, Ext. 225  
                                                     E-mail: greg.powell@usdoj.gov