2

LISA HOLDER, CSB NO. 217752
KLEIN, DENATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 395-1000
Fax: (661) 326-0418
E-mail: lholder@kleinlaw.com

Attorneys for Randell Parker, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| In re:<br><br>THOMAS FRANCIS AVENALL,<br><br>Debtor. | Case No. 10-60686-B-7<br><br>Chapter 7<br><br>DC No. KDG-2<br><br>**Motion filed by Trustee under Rule 9019 to approve state court settlement**<br><br>Date:  September 4, 2014<br>Time:  10:00 a.m.<br>Place: U.S. Bankruptcy Court<br>       510 19th Street<br>       Bakersfield, California<br>Judge: W. Richard Lee |
|---|---|

At the time and place noted above, Randell Parker, Chapter 7 Trustee ("Trustee"), will and hereby does move the court to enter an order approving the settlement between Trustee and the California Department of Corrections and Rehabilitation related to Debtor's lawsuit arising from Debtor's employment.

The Motion is under Fed. R. Bankr. P. Rule 9019, and is a core proceeding under 28 U.S.C. § 157(a)(2)(A) and (E). The relief requested is based on this Motion, the Memorandum of Points and Authorities, and the Declaration of Randell Parker, all filed with this Motion, as well as any documentary or oral evidence presented in reply or at the hearing on the matter. Opposition, if any, to the approval of the Motion must be presented in accordance with the accompanying Notice of Hearing.

WHEREFORE, Trustee prays for an order:

A. Granting the Motion;

B. Approving Trustee's settlement with the California Department of Corrections and Rehabilitation;

C. Authorizing Trustee to release Debtor's employment claims against the California Department of Corrections and Rehabilitation in exchange for payment by the Department of Corrections to Trustee of $155,000.00;

D. Authorizing Trustee to execute necessary or appropriate documentation effectuating the terms of the settlement agreement between the parties; and

F. For such other and further relief as is just and proper.

Dated: August 7, 2014

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP

By _____
LISA HOLDER, Attorneys for
Randell Parker, Chapter 7 Trustee